■ In the Matter of BOARD OF EDUCATION OF CLARKSTOWN CENTRAL SCHOOL DISTRICT No. 1, Respondent, v. CLARKSTOWN TEACHERS ASSOCIATION et al., Appellant.— In a proceeding to stay arbitration, the appeals are (1) from an order of the Supreme Court, Rockland County, dated January 30, 1973, which granted the application and denied appellant's cross motion to dismiss the petition, and (2) as limited by appellant's brief, from so much of a further order of the same court, dated April 27, 1973, as, upon reargument, adhered to the original decision. Appeal from order of January 30, 1973 dismissed as academic. That order was superseded by the order granting reargument. Order of April 27, 1973 reversed insofar as appealed from, on the law, appellant's cross motion granted and petition dismissed. Appellant is granted one bill of $20 costs and disbursements to cover both appeals. In our opinion, petitioner's failure to move to stay arbitration within the 10-day (now 20-day) period specified in CPLR 7503 (subd. [c]) is "a bar to judicial intrusion into arbitration proceedings" (*Aetna Life & Cas. Co. v. Stekardis*, 34 N Y 2d 182, 184). Furthermore, the arbitration demanded by appellant is in compliance with the agreement. Hopkins, Acting P. J. Martuscello, Brennan, Benjamin and Shapiro, JJ., concur.